# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RITA J. CINDRICH,** | : | **CIVIL ACTION NO. 1:03-CV-2282** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **MICHAEL FISHER, et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 15th day of September, 2005, upon consideration of the motion to seal certain documents in the above-captioned matter, filed by Attorney Don Bailey ("Attorney Bailey"), and of Attorney Bailey's response to plaintiff's motion to proceed *pro se* (Doc. 52) requesting that the motion to proceed *pro se* (Doc. 52) be stricken, and it appearing that opposing counsel concurs in Attorney Bailey's motion to seal,[1] and that the court previously granted plaintiff's motion to proceed *pro se* (see Doc. 53), it is hereby ORDERED that:

1. The motion to seal is GRANTED.

2. The Clerk of Court is directed to file under seal Attorney Bailey's Response to Plaintiff's Motion to Proceed *Pro Se*, along with the attached Declaration, pending future order of the court.

---

[1] The court notes that opposing counsel's concurrence is conditioned on the right to request that these documents be opened in the future.

3. The Clerk of Court is directed to file under seal plaintiff's motion to proceed *pro se* (Doc. 52) pending future order of the court. Attorney Bailey's request to strike plaintiff's motion to proceed *pro se* (Doc. 52) is otherwise DENIED.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge