**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RITA J. CINDRICH, | : | CIVIL ACTION NO. 1:03-CV-2282 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL FISHER, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of January, 2006, upon consideration of the documents submitted by plaintiff to be filed under seal as exhibits to a motion (Doc. 70) for an enlargement of time, and it appearing that the court has already ruled upon the motion (see Doc. 71), and the court finding that plaintiff has not demonstrated good cause for filing the documents under seal, see Pansy v. Borough of Stroudsburg, 23 F.3d 772, 786 (3d Cir. 1994) ("[W]hether an order of confidentiality is granted at the discovery stage or any other stage of litigation, . . . good cause must be demonstrated to justify the order."); id. ("Good cause is established on a showing that disclosure will work a clearly defined and serious injury to the party seeking closure.  The injury must be shown with specificity." (citing Publicker Indus., Inc. v. Cohen, 733 F.2d 1059, 1071 (3d Cir. 1984))), it is hereby ORDERED that the Clerk of Court is directed to RETURN to plaintiff those documents submitted by plaintiff to be filed under seal.

　/s/ Christopher C. Conner　
CHRISTOPHER C. CONNER
United States District Judge